**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IRVING JAMES BERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19-CV-814 JMB |
| | ) | |
| GEORGE A. PEACH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for extension of time to file an amended complaint, as well as a certified copy of his prison account statement. The Court will grant plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an additional twenty (20) days to file his amended complaint and a certified copy of his prison account statement [Doc. #4] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's failure to comply with the Court's April 5, 2019 Memorandum and Order in a timely manner may result in a dismissal of this action, without prejudice.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 19th day of April, 2019.