# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| IRVING JAMES BERRY, JR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:19-CV-814 JMB |
| GEORGE A. PEACH, | ) ) | |
| Defendant, | ) | |

## OPINION, MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for reconsideration of the dismissal of his lawsuit. After reviewing the grounds raised by plaintiff, the Court will decline to alter or amend the judgment of this Court. The Court concludes that plaintiff has failed to show that he was under imminent danger at the time he filed the instant action, and therefore this action was properly dismissed under 28 U.S.C. § 1915(g). Plaintiff is therefore not entitled to reconsideration of the dismissal of his lawsuit, and his motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration of the dismissal of this action [Doc. #14] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this action would not be taken in good faith.

Dated this 12th<sup>th</sup> day of June 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE